**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1943**

In re:  MARTIN AKERMAN,

    Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia at Alexandria. (1:22-cv-01258-LMB-WEF)

Submitted:  October 31, 2024                    Decided:  December 13, 2024

Before RUSHING and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Martin Akerman, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin Akerman petitions for a writ of mandamus seeking an order directing the district court to accept his filings in his civil case in which the court previously directed the district court's clerk's office not to accept any more filings. We conclude that Akerman is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted). And mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Akerman is not available by way of mandamus. The district court dismissed Akerman's complaint in this case and he appealed that order. Akerman then filed a postjudgment motion that the district court denied. In its order denying this motion, the district court directed the clerk's office not to accept any more filings in the case. Akerman could have appealed this order, but he did not. As mandamus may not be used for a substitute for appeal, Akerman has failed to demonstrate that he is entitled to mandamus relief.

Accordingly, we deny the pending motions to correct the docket and deny the petition for writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*